# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE FREMONT COUNTRY CLUB, LLC, et al., <br><br> Defendants. | Case No. 2:23-cv-00241-JAD-NJK <br><br> **ORDER** <br><br> [Docket Nos. 13, 14] |

Pending before the Court are the parties' stipulation to withdraw motion for clerk's default, Docket No. 13, and stipulation for extension of time to respond to complaint, Docket No. 14. The Court **GRANTS** the parties' stipulation to withdraw motion for clerk's default. Docket No. 13. Further, for good cause and excusable neglect shown, the Court **GRANTS** the parties' stipulation for extension of time to respond to complaint. Docket No. 14. Defendants must respond to the complaint no later than May 29, 2023.

IT IS SO ORDERED.

Dated: April 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge