GALLIAN WELKER & ASSOCIATES, L.C.
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG MONARCH, 'TIL TUNES ASSOCIATES, and UNIVERSAL MUSIC-MGB NA LLC d/b/a UNIVERSAL MUSIC-MGB SONGS,<br><br>Plaintiffs,<br><br>v.<br><br>THE FREMONT COUNTRY CLUB, LLC; PERLUNDIS, LLC; AVA BERMAN; and CARLOS ADLEY,<br><br>Defendants. | Case No.:  2:23-cv-00241-JAD-NJK<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. Rule 6(b)(1)(A-B) and Local Rules LR IA 6-1 and LR 7-1, Plaintiffs BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG MONARCH; 'TIL TUNES ASSOCIATES; and UNIVERSAL MUSIC-MGB NA LLC d/b/a UNIVERSAL MUSIC-MGB SONGS (collectively, "Plaintiffs"), by and through the law offices of SNELL & WILMER L.L.P., and Defendants THE FREMONT COUNTRY CLUB, LLC; PERLUNDIS, LLC; AVA BERMAN; and CARLOS ADLEY (collectively, "Defendants"), by and through the law offices of GALLIAN WELKER & ASSOCIATES, L.C., hereby stipulate and agree to extend the time for Defendants to file an answer or other responsive pleading to Plaintiffs' Complaint [ECF No. 1] up to and including June 12, 2023.  This is the second request to extend the responsive pleading

deadline, and good cause exists for granting this extension, as the parties continue to be engaged in productive and good faith efforts to secure a negotiated resolution of the instant matter.

## I. PROCEDURAL HISTORY

1. On February 15, 2023, Plaintiffs filed their Complaint [ECF No. 1].

2. On or about February 16 - 18, 2023, service was effected upon the respective Defendants, proof of which service was filed with the Court on February 24, 2023 [ECF Nos. 6 - 9].

3. On April 14, 2023, Plaintiffs filed their Request for Entry of Clerk's Default Against Defendants Fremont Country Club, LLC, Perlundis, LLC, Ava Berman, and Carlos Adley (the "Request") [ECF No. 10].

4. On April 27, 2023, the parties stipulated to dismiss the Request for Entry of Clerk's Default and to make a first request to extend the time for Defendants to file a responsive pleading [ECF No. 14], which the Court ordered on April 28, 2023 [ECF No. 15].

5. The current responsive pleading deadline is May 29, 2023.

## II. LEGAL STANDARD

LR IA 6-1 requires that a motion to extend time must state the reasons for the extension requested and will not be granted if requested after the expiration of the specified period unless the movant demonstrates that the failure to file the motion before the deadline expired resulted because of excusable neglect. Fed. R. Civ. P. Rule 6(b)(1) governs extensions of time and allows, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect."

An extension of time may always be sought and is usually granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). Also, a district court possesses the inherent power to control its own docket. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

## III. ARGUMENT

As noted above, this is the second request for an extension of time for the responsive pleading. Counsel for the respective parties remain in regular and ongoing communication regarding the subject matter of the dispute and are endeavoring to negotiate an amicable settlement to avoid any necessity for furtherance of the instant litigation. This continuing good faith effort to resolve without litigation constitutes good cause for granting this request for extension of time up to and including June 12, 2023, for Defendants to file a responsive pleading.

**IT IS SO STIPULATED.**

DATED this 26th day of May 2023.

**GALLIAN WELKER & ASSOCIATES, L.C.**

_____
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Defendants*

DATED this 26th day of May 2023.

**SNELL & WILMER L.L.P.**

/s/ Nathan G. Kanute
Nathan G. Kanute, NBN 12413
Clark C. Knobel, NBN 15943
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
nkanute@swlaw.com
cknobel@swlaw.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: May 30, 2023

_____
UNITED STATES MAGISTRATE JUDGE